UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-670 (PAM/JGL)

JUDITH RIVKIN,

Plaintiff,

v.

**PRETRIAL ORDER**

COUNTY OF HENNEPIN, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is five days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to March 1, 2002;

3. Plaintiff shall disclose all expert witnesses by May 1, 2002, and reports by June 1, 2002; Defendants shall disclose all expert witnesses by June 1, 2002, and reports by July 1, 2002;

4. The period during which the parties may seek discovery shall be completed by August 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to September 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to November 1, 2002; and

7. This case will be considered "ready for trial" as of December 1, 2002.

DATED: October 17, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED OCT 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-670 (PAM/JGL)

JUDITH RIVKIN,

Plaintiff,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

COUNTY OF HENNEPIN, et al.,

Defendants.

A settlement conference has been scheduled in the above-referenced matter for **Monday, December 17, 2001, at 9:00 a.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: October 17, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

**Notice mailed to:**

Mary Dobbins, Esq.
Suite 100
7400 Metro Blvd.
Edina, MN 55439

Beverly Wolfe, Esq.
Sara Wahl, Esq.
Hennepin County Attorney's Office
2000-C Government Center
300 Sixth Street South
Minneapolis, MN 55487

Filed OCT 17 2001
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________