UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * *

Judith Rivkin,

Plaintiff,

vs. ORDER

County of Hennepin, Minnesota,
et al.,

Defendants. Civ. No. 01-670 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 12th day of November, 2001.

* * *

On October 31, 2002, the undersigned issued an Order setting the above-entitled matter on for a Settlement Conference, for Tuesday, November 26, 2002. On November 4, 2002, this Court was informed that the Trial setting had been changed due to the pending Summary Judgment Motion. Accordingly, the Settlement Conference will be stricken from this Court's calendar.

THEREFORE, It is --

(31)

NOV 12 2002

ORDERED:

That the Settlement Conference set for Tuesday, November 26, 2002, at 10:00 a.m., in Minneapolis, Minnesota, shall be, and hereby is, stricken from this Court's calendar.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE