AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Judith Rivkin

V.

Hennepin County, MN; superintendent John Skavnak; Corrections Unit Supervisor Roger Gaustad; and Corrections Unit Supervisor Roger Pederson

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-670 PAM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendants' motion for summary judgment is GRANTED.

December 9, 2002
Date

RICHARD D. SLETTEN, CLERK

(By) Mary Kaye Conery, Deputy Clerk